THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Jenkins,       
Appellant.
 
 
 

Appeal From Aiken County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-281
Submitted February 20, 2004  Filed 
 April 27, 2004

APPEAL DISMISSED

 
 
 
Chief Appellate Defender Daniel T. Stacey, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

 PER CURIAM:  James Jenkins was 
 convicted of driving under the influence and sentenced to five years imprisonment, 
 suspended on service of two years imprisonment and four years probation. Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Jenkins counsel attached 
 a petition to be relieved.  Jenkins did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Jenkins appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, ANDERSON, and HOWARD, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.